**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------:x
                                                             :
EXPONENT, INC.,                                              :
                                                             :
                        Plaintiff,                           :
                                                             :      Civil Action No. 25-cv-5888
                - against -                                  :
                                                             :
LABQ CLINICAL DIAGNOSTICS, LLC,                              :
                                                             :
                        Defendant.                           :
                                                             :
-------------------------------------------------------------:x
```

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), the undersigned counsel for

Plaintiff Exponent, Inc. hereby identifies its parent corporation and any publicly held corporation

owning 10% or more of its stock as follows:

- BlackRock, Inc. is a publicly held corporation owning 10% or more of Exponent, Inc.'s stock.

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), the undersigned counsel for

Exponent, Inc. hereby names and identifies the citizenship of the following entities whose

citizenship is attributed to Exponent, Inc.:

- Plaintiff Exponent, Inc. is a corporation that is incorporated in Delaware and has its principal place of business in Menlo Park, California.

Dated: October 21, 2025
      New York, NY

                        Respectfully submitted,

                        AGUILAR BENTLEY LLC

                        By:    *s/ Anna Aguilar*
                                Anna Aguilar
                                5 Penn Plaza, 19th Floor
                                New York, NY 10001
                                (212) 835-1521
                                aaguilar@aguilarbentley.com
                                *Attorneys for Plaintiff*