

5 Penn Plaza, 19th Floor
New York, New York 10001
☎ 212.835.1521

www.aguilarbentley.com

171 East Ridgewood Ave, Ste. 201
Ridgewood, New Jersey 07450
☎ 212.835.1521

May 11, 2026

*Via ECF*

Magistrate Judge James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Courtroom 11D South

Re:    *Exponent, Inc. v. LabQ Clinical Diagnostics, LLC,* Civil Action No. 25-cv-5888-OEM-JRC

Dear Judge Cho:

This firm represents Plaintiff Exponent, Inc. in the above-referenced matter.  We write to update the Court that Exponent's counsel was able to get in contact with Mr. Moshe Landau by phone today, May 11, 2026, and advised him of the May 12, 2026 telephonic conference.  We had emailed Mr. Landau concerning the conference on April 24, 2026, using the email address that he previously provided – mlmoshelandau@labq.com – but received a bounceback message.

During today's phone conversation, Mr. Landau provided us with a new email address at which to reach him: ml@labq.com.  We then emailed Mr. Landau at this address with a copy of the Court's April 21, 2026 Order, instructions to access the May 12, 2026 telephonic conference, and Exponent's supplemental filing in support of its motion for default judgment filed April 28, 2026.  We will also forward a copy of this letter to Mr. Landau by email.

In light of the fact that we were unable to reach LabQ until the day before the hearing, we understand if the Court wishes to adjourn tomorrow's hearing in order to give LabQ additional time to prepare for an appearance or response.

Thank you for your attention in this matter.

Page **2** of **2**

Respectfully submitted,

*/s/ Sangbo Nam*

Sangbo Nam

cc (via ECF):  LabQ Clinical Diagnostics, LLC
140 58th Street, Bldg. A, Suite 3L
Brooklyn, New York 11220

cc (via email): Moshe Landau
ml@labq.com